FILED

MAR - 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0582-LAB |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| MANUEL RAUDALES, | |
| Defendant. | |

The United States Attorney charges:

On or about January 29, 2008, within the Southern District of California, defendant MANUEL RAUDALES, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 22.55 kilograms (56.21 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 3/4/2008.

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
2/7/08